| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>Erin J. Kennedy, Esq<br>ekennedy@formanlaw.com<br>(201) 845-1000<br>Proposed Attorneys for Debtor | |
| In Re:<br><br>RESURGE, L.L.C.,<br><br>Debtor. | Case No.:  21-19109 (KCF)<br><br>Chapter 11(Small Business Subchapter V)<br><br>Judge: Kathryn C. Ferguson |

**APPLICATION FOR ORDER SHORTENING TIME**

The applicant, Resurge, L.L.C., through its attorneys, Forman Holt, requests that the time period for notice of the Debtor's Motion for Interim and Final Orders (1) Approving Postpetition Financing, (2) Authorizing Use of Cash Collateral, (3) Granting Liens and Providing Superpriority Administrative Expense Status, (4) Granting Adequate Protection, (5) Modifying Automatic Stay and (6) Scheduling a Final Hearing (the "Motion") be shortened pursuant to Fed. R. Bankr. P. 9006(c)(1) for the reason(s) set forth below:

1. A shortened time hearing is requested because the Debtor needs to use the cash collateral and required additional funding to operate its business.

2. State the hearing dates requested:     As soon as possible.

3. Reduction of the time period is not prohibited under Fed. R. Bankr. P 9006(c)(1).

The applicant requests entry of the proposed order shortening time.

F0159714 - 1

DATED: December 6, 2021                FORMAN HOLT
                                       Proposed Attorneys for Debtor


                                       By:*/s/ Erin J. Kennedy*
                                           Erin J. Kennedy